**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**IRA HAROLD WEXLER,**

       **Plaintiff,**

**v.**                                   **Case No. 1:17cv289-MW/GRJ**

**STATE OF FLORIDA, et al.,**

       **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

      This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

      **IT IS ORDERED:**

      The report and recommendation is **accepted and adopted** as this Court's opinion. This case is **DISMISSED as duplicative**. All pending motions are **DENIED**. Plaintiff is advised his case will proceed under Case No. 1:17cv284-MW/GRJ. The Clerk shall close the file.

      **SO ORDERED on December 20, 2017.**

                        **s/Mark E. Walker**_____
                        **United States District Judge**